UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN OWENS,

    *Plaintiff*,

v.

GARY SCHEUTTE, et al.,

    *Defendants*.

_____/

Case No. 2:24-cv-10787

District Judge
Gershwin A. Drain

## ORDER

On March 29, 2024, the Court granted in-part and denied in-part Plaintiff Marvin Owens' Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction against Defendants Gary Scheutte, Anthony Stewart, Michael Coburn (collectively, the "County Defendants"), and Tiggs Canteen Services, Inc. *See* ECF No. 2. The Court granted Plaintiff's request for a temporary restraining order (TRO), which expires at the end of Ramadan, and reserved judgment on his request for a preliminary injunction pending an evidentiary hearing. ECF No. 3. The parties appeared for the hearing on April 4, 2024, during which the Court left the TRO in place and declined to award a preliminary junction, finding such relief unwarranted. Further, the Court set the following briefing deadlines:

- Both sets of Defendants, the County Defendants and Tiggs Canteen Services, Inc., shall file motions contesting liability in no more than

21 days of this Order. Plaintiff may respond to each motion within 14 days of their filing. Briefing may not exceed 20 pages.

- Plaintiff shall file a brief addressing whether damages are an available remedy in this matter in no more than 14 days of this Order. Plaintiff's brief shall be limited to 15 pages. Defendants may file a joint response that shall not exceed 20 pages within 14 days of Plaintiff's filing.

**IT IS SO ORDERED**.

Dated: April 4, 2024  /s/ Gershwin A. Drain
GERSHWIN A. DRAIN
U.S. DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 4, 2024, by electronic and/or ordinary mail.
/s/Teresa McGovern
Case Manager